# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOHN WILLIAM MUNSON,**

    **Plaintiff,**

**vs.**                                                    **Case No. 4:17cv455-MW/CAS**

**RICK SCOTT, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case in early October 2017, but he has yet to file an amended complaint, notwithstanding the numerous Court Orders entered which directed him to do so. ECF Nos. 5, 8, 12, and 14. On December 1, 2017, Plaintiff filed a notice of change of address and a motion requesting an extension of time. ECF No. 13. That motion was granted and Plaintiff given until December 29, 2017, to file the amended complaint as directed. ECF No. 14. Plaintiff was advised that if he did not file the amended complaint, a recommendation would be made to dismiss this case. *Id.* Because nothing has been received and Plaintiff has had sufficient opportunity to comply with multiple court orders, this case should

not be dismissed for failure to comply with a Court Order and failure to prosecute pursuant to Rule 41.

It is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because Plaintiff did not comply with a Court Order, and all pending motions be summarily **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on January 11, 2018.

 S/    Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**