**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOHN WILLIAM MUNSON,**

        **Plaintiff,**

**v.**                           **Case No.  4:17cv455-MW/CAS**

**RICK SCOTT, et al.,**

        **Defendants.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15.  Upon consideration, no objections have been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because Plaintiff has not complied with a court order.  The pending motion, ECF No. 3, motion for appointment of counsel is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on February 12, 2018.**

                        **s/Mark E. Walker**_____
                        **United States District Judge**